450 A.2d 223

Commonwealth v. Jackson, Appellant.

Sub-

643

mitted November 30, 1981. John M. Glace, Assistant Public Defender, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and MONTEMURO, JJ.

Judgment of sentence affirmed.